# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LENORA L. LEWIS,

        Petitioner

        v.

COUNTY OF BUTLER, T/D/B/A/
SUNNYVIEW NURSING AND
REHABILITATION CENTER,

        Respondents

: No. 285 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.